# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMILL JONES,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 23-4349 |
| v. | : | |
| | : | |
| **NORTHERN CHILDREN'S** | : | |
| **SERVICES,** | : | |
| *Defendants* | | |
| | : | |

# ORDER

**AND NOW**, this 20th day of August 2024, upon consideration of Defendant's *motion to dismiss for failure to state a claim*, (EFC 4), and Plaintiff's response in opposition, (ECF 9), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

1. The motion to dismiss the defamation claim (Count VII) is **GRANTED** as to the statement that Plaintiff was "lazy," and such claim is **DISMISSED**.

2. The motion to dismiss the defamation claims (Count VII) is **DENIED** as to the statements that Plaintiff "didn't know what he was doing" and was "incompetent."

3. The motion to dismiss the invasion of privacy claim (Count II) is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*